B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Roger Dale Jenkins, Jr.,**
    **Angela Louise Jenkins**

Case No. _____**13-15204**_____

Debtors

Chapter _____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 120,685.00 | | |
| B - Personal Property | Yes | 4 | 37,469.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 180,772.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 63,185.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,712.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,022.00 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | | Total Assets | 158,154.50 | | |
| | | | Total Liabilities | 243,958.62 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Roger Dale Jenkins, Jr.,**      Case No.    __**13-15204**__
      **Angela Louise Jenkins**

                Debtors      Chapter _____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 8,500.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,500.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,712.00 |
| Average Expenses (from Schedule J, Line 22) | 2,022.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,429.90 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 31,150.49 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 63,185.92 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 94,336.41 |

B6A (Official Form 6A) (12/07)

.

In re    **Roger Dale Jenkins, Jr.,**                                    Case No.    **13-15204**
         **Angela Louise Jenkins**
                                                                    ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead located at 5731 Sparrow Run Olive Branch, MS  38654** | **Fee simple** | **H** | **120,685.00** | **149,961.00** |
| **This house was surrendered in bankruptcy case no. 11-14291 and they have never foreclosed.** | | | | |

|  | Sub-Total > | **120,685.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **120,685.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Roger Dale Jenkins, Jr.,**                                                      Case No.  __13-15204__
       **Angela Louise Jenkins**
                                                                                     ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account no ...2119 with BancorpSouth - Balance does not include outstanding issues** | W | 480.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility deposits** | H | 150.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Wearing apparel** | J | 400.00 |
| 7. | Furs and jewelry. | | **Misc jewelry** | W | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **4,250.00**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

2/18/14 7:59AM

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**                    Case No.   **13-15204**
        **Angela Louise Jenkins**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated federal income tax refund** | J | Unknown |
| | | **Anticipated EIC Distribution** | J | Unknown |
| | | **Anticipated state tax refund** | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **0.00**<br>(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**                                                    Case No.    **13-15204**
       **Angela Louise Jenkins**
                                            Debtors          ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Pontiac G6** | W | 13,183.00 |
| | | **2010 GMC Sierra 1500 Pickup** | J | 16,830.00 |
| | | **2003 Chevrolet Silverado 1500 - This title is joint with co-debtor and daughter.  Daughter drives and maintains insurance and payments on this vehicle.** | J | 3,206.50 |
| | | **2008 Pontiac G6 - This vehicle was surrendered in bankruptcy case no. 11-14291 and has not been picked up by the creditor.** | H | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >           **33,219.50**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**                                        Case No.   **13-15204**
        **Angela Louise Jenkins**
                              _____,
                                      Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **37,469.50** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Roger Dale Jenkins, Jr.,**                                        Case No.    __13-15204__
         **Angela Louise Jenkins**
_____,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **Miss. Code Ann. § 85-3-1(a)** | **20.00** | **20.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Utility deposits** | **Miss. Code Ann. § 85-3-1(a)** | **150.00** | **150.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **Miss. Code Ann. § 85-3-1(a)** | **3,000.00** | **3,000.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **Miss. Code Ann. § 85-3-1(a)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| **Misc jewelry** | **Miss. Code Ann. § 85-3-1(a)** | **200.00** | **200.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated federal income tax refund** | **Miss. Code Ann. § 85-3-1(j)** | **10,000.00** | **Unknown** |
| **Anticipated EIC Distribution** | **Miss. Code Ann. § 85-3-1(i)** | **10,000.00** | **Unknown** |
| **Anticipated state tax refund** | **Miss. Code Ann. § 85-3-1(k)** | **10,000.00** | **Unknown** |

|  | | Total: | **33,770.00** | **3,770.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Roger Dale Jenkins, Jr.,**
    **Angela Louise Jenkins**

Case No.    **13-15204**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9213**<br><br>**Ally Financial**<br>**Attn: Bankruptcy Dept.**<br>**P. O. Box 130424**<br>**Roseville, MN 55113-0004** | | W | 08/21/2010<br><br>**Purchase Money Security**<br><br>**2010 Pontiac G6** | | | | | |
| | | | Value $            **13,183.00** | | | | **10,059.57** | **0.00** |
| Account No. **3028**<br><br>**Ally Financial**<br>**Attn: Bankruptcy Dept.**<br>**P. O. Box 130424**<br>**Roseville, MN 55113-0004** | | W | **August 5, 2010**<br><br>**Purchase Money Security**<br><br>**2010 GMC Sierra 1500 Pickup** | | | | | |
| | | | Value $            **16,830.00** | | | | **18,704.49** | **1,874.49** |
| Account No. **174391990**<br><br>**Bank of America**<br>**Attn: Bankruptcy Dept.**<br>**P. O. Box 5170**<br>**Simi Valley, CA 93062-5170** | | H | 11/2007<br>**Mortgage**<br>**Homestead located at**<br>**5731 Sparrow Run**<br>**Olive Branch, MS  38654**<br>**This house was surrendered in bankruptcy case no. 11-14291 and they have never foreclosed.** | | | | | |
| | | | Value $            **120,685.00** | | | | **147,161.00** | **26,476.00** |
| Account No. **8086**<br><br>**First Heritage Credit**<br>**Attn: Bankruptcy Dept.**<br>**7139 Hacks Cross Road**<br>**Olive Branch, MS 38654** | | W | 01/04/2013<br><br>**Non-Purchase Money Security**<br><br>**2003 Chevrolet Silverado 1500 - This title is joint with co-debtor and daughter. Daughter drives this car.** | | | | | |
| | | | Value $            **6,413.00** | | | | **2,047.64** | **0.00** |

    **1**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **177,972.70** | **28,350.49** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**
        **Angela Louise Jenkins**                                            Case No.   **13-15204**
_____,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. ...**9399** | | | | | **11/2007** | | | | | |
| **MS Home Corp** **Attn: Bankruptcy Dept.** **P. O. Box 23606** **Jackson, MS 39225-3606** | | H | | | **Second Mortgage** **Homestead located at** **5731 Sparrow Run** **Olive Branch, MS  38654** **This house was surrendered in** **bankruptcy case no. 11-14291 and they** **have never foreclosed.** | | | | | |
| | | | | | Value $                    **120,685.00** | | | | **2,800.00** | **2,800.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **2,800.00** | **2,800.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **180,772.70** | **31,150.49** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **Roger Dale Jenkins, Jr.,**                                                                                     Case No. ___**13-15204**_____
       **Angela Louise Jenkins**
                                                                            ,
                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                 __**0**__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Roger Dale Jenkins, Jr.,**
    **Angela Louise Jenkins**
                            Debtors

Case No.    **13-15204**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 052P003438135<br><br>**AD Astra Recovery Services. Inc.**<br>**Attn: Bankruptcy Dept.**<br>**8918 W 21 Street N**<br>**Suite 200, PMB 112**<br>**Wichita, KS 67205** | - | | **Debt Collection: Original Creditor: Speedy Cash** | | | | 270.00 |
| Account No. 103561582<br><br>**Advanced America**<br>**Attn: Bankruptcy Dept.**<br>**8110 Camp Creek Rd.**<br>**Olive Branch, MS 38654** | - | | **Direct Loan** | | | | 520.00 |
| Account No. 48673676-0<br><br>**AEL**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 144225**<br>**Austin, TX 78714** | - | | **Medical Debt** | | | | 117.43 |
| Account No. xxx-xx-4062<br><br>**All American Check Cashing**<br>**Attn: Bankruptcy Dept.**<br>**7685 Hacks Cross Rd**<br>**Olive Branch, MS 38654** | - | | **Direct Loan** | | | | Unknown |
| _15_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 907.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger Dale Jenkins, Jr.,**
       **Angela Louise Jenkins**                                                    Case No. ___**13-15204**___
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-9399** <br><br> **Alliance Collection Service** <br> **Attn Bankruptcy Dept.** <br> **600 W Main St. Ste A** <br> **Tupelo, MS 38804** | - | | Debt Collection: Original Creditor: Olive Branch Family Medical | | | | 200.00 |
| Account No. **xxx-xx-9399** <br><br> **Ally Financial** <br> **Attn: Bankruptcy Dept.** <br> **P. O. Box 130424** <br> **Roseville, MN 55113-0004** | | H | December, 2007 <br> 2008 Pontiac G6 <br> Reposession Deficiency | | | | 8,900.00 |
| Account No. **74632** <br><br> **AM Diabetes Center** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 5141** <br> **Memphis, TN 38101** | - | | Medical Debt | | | | 169.15 |
| Account No. **xxx-xx-9399** <br><br> **ARMS** <br> **Attn: Bankruptcy Dept** <br> **PO Box 638** <br> **Paris, TN 38242** | - | | Debt Collection: Original Creditor: MS Orthopaedics & Sports | | | | 119.21 |
| Account No. **00315000755986** <br><br> **BancorpSouth** <br> **Attn. Bankruptcy Dept.** <br> **PO Box 3370** <br> **Tupelo, MS 38803** | - | | Direct Loan | | | | Unknown |

Sheet no. _**1**___ of _**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,388.36

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger Dale Jenkins, Jr.,**                                              Case No. ____**13-15204**____
         **Angela Louise Jenkins**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4062** <br><br> **Baptist Memorial Desoto** <br> **Attn: Bankruptcy Department** <br> **7601 Southcrest Pkwy** <br> **Southaven, MS 38671** | - | | Medical Debt | | | | 2,200.00 |
| Account No. **D1333711579** <br><br> **Baptist Memorial Desoto** <br> **Attn: Bankruptcy Department** <br> **PO Box 415000** <br> **Nashville, TN 37241** | - | | Medical Debt | | | | 471.19 |
| Account No. **D1334210224** <br><br> **Baptist Memorial Desoto** <br> **Attn: Bankruptcy Department** <br> **PO Box 415000** <br> **Nashville, TN 37241** | - | | Medical Debt | | | | 772.61 |
| Account No. **W1329800426** <br><br> **Baptist Memorial Desoto** <br> **Attn: Bankruptcy Department** <br> **PO Box 1000** <br> **Memphis, TN 38148** | - | | Medical Debt | | | | 286.20 |
| Account No. **5205** <br><br> **BBY/CBNA** <br> **Attn: Bankruptcy Dept.** <br> **50 Northwest Point Rd** <br> **Elk Grove Village, IL 60007** | - | | Credit Card Debt | | | | 233.00 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)    | 3,963.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**                                    Case No. _____**13-15204**_____
        **Angela Louise Jenkins**
        _____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx-xx-9399**<br><br>**Capital Account LLC**<br>**Bankruptcy Dept.**<br>**PO Box 140065**<br>**Nashville, TN 37214** | - | | | **Collection Account - Original Creditor: Unknown** | | | | 165.00 |
| Account No. **4338**<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**26526 N Riverwoods Blvd**<br>**Lake Forest, IL 60045** | - | | | **Credit Card Debt** | | | | 243.00 |
| Account No. **4564**<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 85520**<br>**Richmond, VA 23285** | - | | | **Credit Card Debt** | | | | 418.00 |
| Account No. **8968**<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 85520**<br>**Richmond, VA 23285** | - | | | **Credit Card Debt** | | | | 872.00 |
| Account No. **9228**<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**26526 N Riverwoods Blvd**<br>**Lake Forest, IL 60045** | - | | | **Credit Card Debt** | | | | 202.00 |

Sheet no. __**3**___ of __**15**__ sheets attached to Schedule of          Subtotal          | 1,900.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**
        **Angela Louise Jenkins**
                                                                    Case No. _____**13-15204**_____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **512025508060xxxx** | | | - | **Credit Card Debt** | | | | |
| **Capital One** **Attn Bankruptcy Dept.** **PO Box 30253** **Salt Lake City, UT 84130** | | | | | | | | 459.00 |
| Account No. **0364488999** | | | J | **Direct Loan** | | | | |
| **Cash Central** **Attn: Bankruptcy Dept.** **84 E 2400 N** **Logan, UT 84341** | | | | | | | | 240.00 |
| Account No. **xxx-xx-4062** | | | - | **Direct Loan** | | | | |
| **Cash Net USA** **Attn: Bankruptcy Dept.** **200 West H=Jackson, Suite 1400** **Chicago, IL 60606** | | | | | | | | 240.00 |
| Account No. **xxx-xx-9399** | | | - | **Debt Collection: Original Creditor:** **AT&T** | | | | |
| **CBCS** **Attn: Bankruptcy Dept.** **PO Box 163250** **Columbus, OH 43216** | | | | | | | | 917.17 |
| Account No. **433741036** | | | - | **Phone Bill** | | | | |
| **Century Link** **Attn: Bankruptcy Dept.** **PO Box 4300** **Carol Stream, IL 60197** | | | | | | | | 80.24 |

Sheet no. __**4**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,936.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**
      **Angela Louise Jenkins**
                                         ,
                      Debtors

Case No.   **13-15204**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **505338100039xxxx** <br><br> **Chase/Best Buy** <br> **Attn Bankruptcy Dept.** <br> **POB 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit card purchases** | | | | 970.00 |
| Account No. **1774** <br><br> **CHLD/CBNA** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | - | | **Credit Card Debt** | | | | 147.00 |
| Account No. **585637324330** <br><br> **Comenity Bank/Gordmans** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 182789** <br> **Columbus, OH 43218** | - | | **Credit Card Debt** | | | | 173.00 |
| Account No. **xxx-xx-9399 / xxx-xx-4062** <br><br> **Consolidated Recovery Systems** <br> **Attn: Bankruptcy Dept.** <br> **2650 Thousand Oaks Blvd.** <br> **Suite 4220** <br> **Memphis, TN 38118** | - | | **Debt Collection: Original Creditor: Methodist Healthcare** | | | | 602.00 |
| Account No. **xxx-xx-9399 / xxx-xx-4062** <br><br> **Consolidated Recovery Systems** <br> **Attn: Bankruptcy Dept.** <br> **2650 Thousand Oaks Blvd.** <br> **Suite 4220** <br> **Memphis, TN 38118** | - | | **Debt Collection: Original Creditor: Methodist Healthcare** | | | | 2,326.00 |

Sheet no. **5** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,218.00

02/18/14 7:59AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger Dale Jenkins, Jr.,**
      **Angela Louise Jenkins**

Case No. ___**13-15204**___

                            Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-9399** <br><br>**Credit Bureau** <br>**Attn: Bankruptcy Dept.** <br>**807 Franklin St. SE** <br>**Huntsville, AL 35801** | - | | **Debt Collection: Original Creditor: Radiology Of Huntsville** | | | | **218.00** |
| Account No. **6768000689** <br><br>**Credit First N.A.** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 81344** <br>**Cleveland, OH 44188** | - | | **Credit Card Debt** | | | | **849.00** |
| Account No. **0364488999** <br><br>**Credit Management** <br>**Attn: Bankruptcy Dept.** <br>**4200 International Pkwy** <br>**Carrollton, TX 75007** | - | | **Debt Collection: Original Creditor: Comcast** | | | | **357.00** |
| Account No. **1986** <br><br>**Delbert Services/Consult** <br>**Attn: Bankruptcy Dept.** <br>**Rodney Square N 1100 NM** <br>**Doylestown, PA 18901** | - | | **Credit Card Debt** | | | | **5,075.00** |
| Account No. **5574** <br><br>**Dept. of Educations/NELN** <br>**Attn: Bankruptcy Dept.** <br>**121 S 13th Street** <br>**Lincoln, NE 68508** | - | | **Student Loan** | | | | **8,500.00** |

Sheet no. _**6**___ of _**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,999.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger Dale Jenkins, Jr.,**
      **Angela Louise Jenkins**
                                   Debtors

Case No.    **13-15204**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5733** | | | Medical Debt | | | | |
| Diamondhead Urgent Care, LLC Attn: Bankruptcy Dept. 4402 E Aloha Dr., Suite 16 Diamondhead, MS 39525 | - | | | | | | 35.00 |
| Account No. **WC-13-1156-1157** | | | Cash advance | | | | |
| Discount Cash Advance Attn: Bankruptcy Dept. 6229 Hwy 305 Olive Branch, MS 38654 | - | | | | | | 400.00 |
| Account No. | | | Additional Notice: Discount Cash Advance | | | | |
| State of MS District Attorney Attn: Bankruptcy Dept. 365 Losher Street Suite 210 Hernando, MS 38632 | | | | | | | Notice Only |
| Account No. **25152** | | | Medical Debt | | | | |
| Dr. Joe Braddy & Simmons Attn: Bankruptcy Dept. 8747 Northwest Drive Southaven, MS 38671 | - | | | | | | 41.00 |
| Account No. **81801586** | | | Medical Debt | | | | |
| Duckworth Pathology Group Attn Bankruptcy Dept. POB 1000 Dept. 0256 Memphis, TN 38148 | - | | | | | | 33.00 |

Sheet no. __**7**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**                                    Case No. ____**13-15204**____
       **Angela Louise Jenkins**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4062** | | - | | **Direct Loan** | | | | |
| **EZ Cash** Attn: Bankruptcy Dept. 7107 Hacks Cross Rd Olive Branch, MS 38654 | | | | | | | | 420.00 |
| Account No. **xxx-xx-4062 / xxx-xx-9399** | | - | | **Direct Loan** | | | | |
| **Family Check Advance** Attn: Bankruptcy Dept. 7010 Hwy 305 N Olive Branch, MS 38654 | | | | | | | | 720.00 |
| Account No. **2202884510** | | - | | **Credit Card Debt** | | | | |
| **FingerHut** Attn: Bankruptcy Dept. PO Box 166 Newark, NJ 07101 | | | | | | | | 733.40 |
| Account No. **8941** | | - | | **Credit Card Debt** | | | | |
| **First Premier Bank** Attn Bankruptcy Dept. POB 5519 Sioux Falls, SD 57117-5519 | | | | | | | | 429.38 |
| Account No. **3778** | | - | | **Credit card purchases** | | | | |
| **First Premier Bank** Attn Bankruptcy Dept. 601 S. Minnesota Ave. Sioux Falls, SD 57104 | | | | | | | | 270.00 |

Sheet no. _**8**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,572.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**           Case No. _____**13-15204**_____
        **Angela Louise Jenkins**
                                                        ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-9399** | | - | | | **Debt Collection: Original Creditor: Joy F. Huggins DDS** | | | | |
| **Frost-Arnett Company** Attn. Bankruptcy Dept. PO Box 1022 Wixom, MI 48393 | | | | | | | | | 121.00 |
| Account No. **xxx-xx-9399** | | - | | | **Debt Collection: Original Creditor: Care Credit** | | | | |
| **GE Money Bank** Attn: Bankruptcy Dept. PO Box 981439 El Paso, TX 79998 | | | | | | | | | 1,925.00 |
| Account No. **3638** | | - | | | **Credit Card Debt** | | | | |
| **GECRB/ Paypal Smart Con** Attn: Bankruptcy Dept. PO Box 965005 Orlando, FL 32896 | | | | | | | | | 1,548.00 |
| Account No. **5905** | | - | | | **Credit Card Debt** | | | | |
| **GECRB/Belk** Attn: Bankruptcy Dept. PO Box 965028 Orlando, FL 32896 | | | | | | | | | 365.00 |
| Account No. **1557** | | - | | | **Credit Card Debt** | | | | |
| **GECRB/Care Credit** Attn: Bankruptcy Dept 950 Forrer Blvd Dayton, OH 45420 | | | | | | | | | 50.00 |

Sheet no. __**9**___ of __**15**__ sheets attached to Schedule of                    Subtotal              | 4,009.00 |
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger Dale Jenkins, Jr.,**
       **Angela Louise Jenkins**
                                                                    Case No.  **13-15204**
                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0846**<br><br>**GECRB/Chevron**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 965015**<br>**Orlando, FL 32896** | - | | **Credit Card Debt** | | | | 702.00 |
| Account No. **0410**<br><br>**GECRB/JC Penny**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 894100**<br>**El Paso, TX 79998** | - | | **Credit Card Debt** | | | | 501.00 |
| Account No. **6493**<br><br>**GECRB/Wal Mart**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 965024**<br>**Orlando, FL 32896** | - | | **Credit Card Debt** | | | | 909.00 |
| Account No. **9931**<br><br>**GECRD/Old Navy**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 965005**<br>**Orlando, FL 32896** | - | | **Credit Card Debt** | | | | 306.00 |
| Account No. **xxx-xx-4062**<br><br>**GEMB**<br>**Attn Bankruptcy Dept.**<br>**POB 981400**<br>**El Paso, TX 79998** | - | | **Debt Collection: Original Creditor: Chevron PLCC** | | | | 594.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,012.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger Dale Jenkins, Jr.,**
       **Angela Louise Jenkins**

Case No. ___**13-15204**___

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5049079844400** | | | | **Credit Card Debt** | | | | |
| **Home at Five** **Attn: Bankruptcy Dept.** **1112 7th Avenue** **Monroe, WI 53566** | | - | | | | | | 270.23 |
| Account No. **xxx-xx-4062 / xxx-xx-9399** | | | | **Credit Card Debt** | | | | |
| **Household Bank** **Attn: Bankruptcy Dept.** **PO Box 80084** **Salinas, CA 93912** | | - | | | | | | 431.00 |
| Account No. **815738184** | | | | **Debt Collection: Original Creditor:** | | | | |
| **HSN Collection Dept.** **Attn: Bankruptcy Dept.** **PO Box 9090** **Clearwater, FL 33758** | | - | | | | | | 499.95 |
| Account No. **9084** | | | | **Credit Card Debt** | | | | |
| **Kohls/Capital One** **Attn: Bankruptcy Dept.** **N56 W 17000 Ridgewood Dr** **Menomonee Falls, WI 53051** | | - | | | | | | 412.00 |
| Account No. **xxx-xx-4062 / xxx-xx-9399** | | | | **Debt Collection: Original Creditor: BMH Desoto** | | | | |
| **Medical Fin. Services** **Attn: Bankruptcy Dept.** **5100 Poplar Ave** **Suite 2020** **Memphis, TN 38137** | | - | | | | | | 3,718.00 |

Sheet no. __**11**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,331.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger Dale Jenkins, Jr.,**                                      Case No. _____**13-15204**_____
     **Angela Louise Jenkins**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **81801586**<br><br>**Memphis Radiological P.C.**<br>**Attn Bankruptcy Dept.**<br>**POB 341327**<br>**Memphis, TN 38184-1327** | - | | Medical Debt | | | | 49.00 |
| Account No. **80603040**<br><br>**Memphis Radiological P.C.**<br>**Attn Bankruptcy Dept.**<br>**POB 341327**<br>**Memphis, TN 38184-1327** | - | | Medical Debt | | | | 32.04 |
| Account No. **81165692**<br><br>**Memphis Radiological P.C.**<br>**Attn Bankruptcy Dept.**<br>**POB 341327**<br>**Memphis, TN 38184-1327** | - | | Medical Debt | | | | 49.00 |
| Account No. **11935502**<br><br>**Methodist Healthcare**<br>**Attn Bankruptcy Dept.**<br>**POB 2279**<br>**Memphis, TN 38101-2279** | - | | Medical Debt | | | | 449.72 |
| Account No. **xxx-xx-4062**<br><br>**Mobile Loans**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 1409**<br>**Marksville, LA 71351** | - | | Direct Loan | | | | 1,000.00 |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal
                                    (Total of this page)    **1,579.76**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger Dale Jenkins, Jr.,**
      **Angela Louise Jenkins**
                                              Debtors

Case No.    **13-15204**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0004508** <br><br>**Olive Branch Florist** <br>**Attn: Bankruptcy Dept.** <br>**9120 Pigeon Roost Rd** <br>**Olive Branch, MS 38654** | - | | **Direct Loan** | | | | **44.94** |
| Account No. **xxx-xx-4062** <br><br>**Plain Green Loans** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 270** <br>**Box Elder, MT 59521** | - | | **Direct Loan** | | | | **1,200.00** |
| Account No. **3750618** <br><br>**PPS** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 612** <br>**Milwaukee, WI 53201** | - | | **Debt Collection: Original Creditor: Kohl's** | | | | **412.60** |
| Account No. **xxx-xx-4062 / xxx-xx-9399** <br><br>**Professional Credit Management** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 4037** <br>**Jonesboro, AR 72403** | - | | **Debt Collection: Original Creditor: BMH Memphis** | | | | **706.00** |
| Account No. **xxx-xx-9399** <br><br>**Professional Credit Management** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 4037** <br>**Jonesboro, AR 72403** | - | | **Debt Collection: Original Creditor: Midsouth Imaging Therapeutic** | | | | **248.00** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,611.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**
    **Angela Louise Jenkins**                                                Case No. _____**13-15204**_____

                                              ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3320**<br><br>**Professional Credit Management**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 4037**<br>**Jonesboro, AR 72403** | - | | **Debt Collection: Original Creditor:** | | | | 200.00 |
| Account No. **xxx-xx-9399**<br><br>**RRC**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 341308**<br>**Memphis, TN 38184** | - | | **Debt Collection: Original Creditor: Humphrey's Family Practice Clinic** | | | | 27.00 |
| Account No. **31985784006575**<br><br>**SE Emergency Physicians**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 740023**<br>**Cincinnati, OH 45274** | - | | **Debt Collection: Original Creditor: BMH Desoto-Dr. Lemuel Oliver** | | | | 863.00 |
| Account No. **8258**<br><br>**TD Bank USA/Target**<br>**Attn Bankruptcy Dept**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | - | | **Credit card purchases** | | | | 648.00 |
| Account No. **xxx-xx-9399**<br><br>**The Urology Group**<br>**Attn: Bankruptcy Dept.**<br>**6029 Walnut Grove Rd., Suite 300**<br>**Memphis, TN 38120** | - | | **Medical Debt** | | | | 130.55 |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
      (Total of this page)        **1,868.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger Dale Jenkins, Jr.,**
        **Angela Louise Jenkins**
                                                                            Case No. _____**13-15204**_____

                                                   Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4027020** | | | **Medical Debt** | | | | |
| **Tri-Lakes Medical Center** Attn: Bankruptcy Dept. PO Box 741666 Atlanta, GA 30374 | | - | | | | | 1,539.91 |
| Account No. **585637072203** | | | **Personal Loan** | | | | |
| **Value City Rooms Today/WFNNB** Attn: Bankruptcy Dept. PO Box 182789 Columbus, OH 43218 | | J | | | | | 1,691.00 |
| Account No. **8218** | | | **Credit Card Debt** | | | | |
| **WebBank/ Fingerhut** Attn Bankruptcy Dept. 6250 Ridgewood Rd Saint Cloud, MN 56303 | | - | | | | | 733.00 |
| Account No. **xxx-xx-4062 / xxx-xx-9399** | | | **Credit Card Debt** | | | | |
| **Zales** Attn: Bankruptcy Dept. PO Box 6497 Sioux Falls, SD 57117 | | - | | | | | 416.00 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**15**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 4,379.91 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 63,185.92 |

B6G (Official Form 6G) (12/07)

In re    **Roger Dale Jenkins, Jr.,**                                                          Case No.    **13-15204**
     **Angela Louise Jenkins**

                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

    **0**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Roger Dale Jenkins, Jr.,**                                              Case No. ___**13-15204**_____
         **Angela Louise Jenkins**

                                                    Debtors ,

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Roger Dale Jenkins, Jr.** |
| Debtor 2 (Spouse, if filing) | **Angela Louise Jenkins** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number (If known) | **13-15204** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                                12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | **Secretary** |
| | Employer's name | | **MC Herrington Distributors** |
| | Employer's address | | **11206 Airport Road**<br>**Olive Branch, MS 38654** |
| | How long employed there? | | **Since 7/26/1998** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 2,816.66 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 2,816.66 |

| Debtor 1 | **Roger Dale Jenkins, Jr.** | |
|---|---|---|
| Debtor 2 | **Angela Louise Jenkins** | Case number (*if known*) **13-15204** |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 2,816.66 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 330.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 564.66 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 894.66 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,922.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify:  **Anticipated tax refunds and EIC Distributions** | 8h.+ | $ 0.00 | + $ 240.00 |
| | **Co-Debtor gets paid for cleaning office** | | $ 0.00 | $ 125.00 |
| | **Daughter pays her insurance** | | $ 0.00 | $ 125.00 |
| | **Family Assistance** | | $ 0.00 | $ 300.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 790.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 2,712.00 | = $ 2,712.00 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 2,712.00 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
 ■ No.
 ☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|

Debtor 1          **Roger Dale Jenkins, Jr.**

Debtor 2          **Angela Louise Jenkins**
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number   **13-15204**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Describe Your Household**

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☐ Yes. Fill out this information for
    Debtor 2.                              each dependent............

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 Years | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include          ■ No
    expenses of people other than          ☐ Yes
    yourself and your dependents?**

**Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments
    and any rent for the ground or lot.                                                4.  $              **550.00**

    **If not included in line 4:**

    4a.   Real estate taxes                                                          4a.  $              **0.00**
    4b.   Property, homeowner's, or renter's insurance                               4b.  $              **0.00**
    4c.   Home maintenance, repair, and upkeep expenses                              4c.  $              **0.00**
    4d.   Homeowner's association or condominium dues                                4d.  $              **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $              **0.00**

| Debtor 1 | **Roger Dale Jenkins, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Angela Louise Jenkins** | Case number (if known) | **13-15204** |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 210.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 40.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 25.00 |
| 10. | **Personal care products and services** | | 10. | $ | 15.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | 50.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 56.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 276.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify:   **Tags, stickers, etc.** | | 16. | $ | 40.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | 0.00 |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. | $ | 2,022.00 |
| | The result is your monthly expenses. | | | | |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. | $ | 2,712.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 2,022.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 690.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Roger Dale Jenkins, Jr.**
       **Angela Louise Jenkins**

               Debtor(s)

Case No.    **13-15204**

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **33**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 17, 2014**

Signature   **/s/ Roger Dale Jenkins, Jr.**
           **Roger Dale Jenkins, Jr.**
           Debtor

Date   **February 17, 2014**

Signature   **/s/ Angela Louise Jenkins**
           **Angela Louise Jenkins**
           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Roger Dale Jenkins, Jr.**
        **Angela Louise Jenkins**                                          Case No.    **13-15204**

_____
                                               Debtor(s)              Chapter        **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$39,910.59** | **2013 YTD: Wife MC Herrington Distributors** |
| **$840.00** | **2013 YTD: Husband Jones Brothers** |
| **$13,092.00** | **2012: Husband Adjusted Gross Income** |
| **$10.00** | **2011: Husband Adjusted Gross Income** |
| **$30,034.00** | **2012: Wife Adjusted Gross Income** |
| **$10.00** | **2011: Wife Adjusted Gross Income** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally** | **September, October, November, 2013** | **$2,130.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ally Financial** | **On or about summer, 2013** | **2008 Pontiac G6**<br>**Unknown**<br>**This car was surrendered in bankruptcy case no. 11-14291 and still has not been picked up.** |

---

**6.  Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cornelius Law Firm**<br>**5540 Goodman Road**<br>**Olive Branch, MS 38654** | | **$1,000.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown Individual** | **On or about May, 2013** | **5.5 acres of land left to co-debtor and 3 siblings by their father** |
| **None** | | **$7,000.00 split between 4 siblings** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **BancorpSouth** | **Co-debtor** | **Paperwork** | **Still open** |

B7 (Official Form 7) (04/13)
5

### 13. Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)

9

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 17, 2014**                     Signature    **/s/ Roger Dale Jenkins, Jr.**

                                                              **Roger Dale Jenkins, Jr.**
                                                              Debtor

Date  **February 17, 2014**                     Signature    **/s/ Angela Louise Jenkins**

                                                              **Angela Louise Jenkins**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Roger Dale Jenkins, Jr.**
**Angela Louise Jenkins**

Case No.  **13-15204**

Chapter  **13**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 2,000.00 |

2.  $ **281.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any non-dischargeability action or lien avoidance on any real property or state or federal tax liens.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 17, 2014**

**/s/ Robert T. Cornelius, Sr.**
**Robert T. Cornelius, Sr. 6528**
**Cornelius Law Firm**
**5540 Goodman Road**
**Olive Branch, MS 38654**
**662-895-1516  Fax: 1-866-288-6988**
**bob@corneliuslawfirm.com**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Roger Dale Jenkins, Jr.**
**Angela Louise Jenkins**

    Case No.   **13-15204**
Debtor(s)    Chapter   **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Roger Dale Jenkins, Jr.**
**Angela Louise Jenkins**

Printed Name(s) of Debtor(s)

Case No. (if known)   **13-15204**

X  **/s/ Roger Dale Jenkins, Jr.**    **February 17, 2014**
Signature of Debtor    Date

X  **/s/ Angela Louise Jenkins**    **February 17, 2014**
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Mississippi

| | | | | |
|---|---|---|---|---|
| In re | **Roger Dale Jenkins, Jr.** | | Case No. | **13-15204** |
| | **Angela Louise Jenkins** | | Chapter | **13** |
| | | Debtor(s) | | |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 17, 2014**

/s/ **Roger Dale Jenkins, Jr.**
**Roger Dale Jenkins, Jr.**
Signature of Debtor

Date: **February 17, 2014**

/s/ **Angela Louise Jenkins**
**Angela Louise Jenkins**
Signature of Debtor

AD Astra Recovery Services. Inc.
Attn: Bankruptcy Dept.
8918 W 21 Street N
Suite 200, PMB 112
Wichita, KS 67205

Advanced America
Attn: Bankruptcy Dept.
8110 Camp Creek Rd.
Olive Branch, MS 38654

AEL
Attn: Bankruptcy Dept.
PO Box 144225
Austin, TX 78714

All American Check Cashing
Attn: Bankruptcy Dept.
7685 Hacks Cross Rd
Olive Branch, MS 38654

Alliance Collection Service
Attn Bankruptcy Dept.
600 W Main St. Ste A
Tupelo, MS 38804

Ally Financial
Attn: Bankruptcy Dept.
P. O. Box 130424
Roseville, MN 55113-0004

AM Diabetes Center
Attn: Bankruptcy Dept.
PO Box 5141
Memphis, TN 38101

ARMS
Attn: Bankruptcy Dept
PO Box 638
Paris, TN 38242

BancorpSouth
Attn. Bankruptcy Dept.
PO Box 3370
Tupelo, MS 38803

Bank of America
Attn: Bankruptcy Dept.
P. O. Box 5170
Simi Valley, CA 93062-5170


Baptist Memorial Desoto
Attn: Bankruptcy Department
7601 Southcrest Pkwy
Southaven, MS 38671


Baptist Memorial Desoto
Attn: Bankruptcy Department
PO Box 415000
Nashville, TN 37241


Baptist Memorial Desoto
Attn: Bankruptcy Department
PO Box 1000
Memphis, TN 38148


BBY/CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Rd
Elk Grove Village, IL 60007


Capital Account LLC
Bankruptcy Dept.
PO Box 140065
Nashville, TN 37214


Capital One
Attn: Bankruptcy Dept.
26526 N Riverwoods Blvd
Lake Forest, IL 60045


Capital One
Attn: Bankruptcy Dept.
PO Box 85520
Richmond, VA 23285


Capital One
Attn Bankruptcy Dept.
PO Box 30253
Salt Lake City, UT 84130

Cash Central
Attn: Bankruptcy Dept.
84 E 2400 N
Logan, UT 84341


Cash Net USA
Attn: Bankruptcy Dept.
200 West H=Jackson, Suite 1400
Chicago, IL 60606


CBCS
Attn: Bankruptcy Dept.
PO Box 163250
Columbus, OH 43216


Century Link
Attn: Bankruptcy Dept.
PO Box 4300
Carol Stream, IL 60197


Chase/Best Buy
Attn Bankruptcy Dept.
POB 15298
Wilmington, DE 19850-5298


CHLD/CBNA
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117


Comenity Bank/Gordmans
Attn: Bankruptcy Dept.
PO Box 182789
Columbus, OH 43218


Consolidated Recovery Systems
Attn: Bankruptcy Dept.
2650 Thousand Oaks Blvd.
Suite 4220
Memphis, TN 38118


Credit Bureau
Attn: Bankruptcy Dept.
807 Franklin St. SE
Huntsville, AL 35801

Credit First N.A.
Attn: Bankruptcy Dept.
PO Box 81344
Cleveland, OH 44188


Credit Management
Attn: Bankruptcy Dept.
4200 International Pkwy
Carrollton, TX 75007


Delbert Services/Consult
Attn: Bankruptcy Dept.
Rodney Square N 1100 NM
Doylestown, PA 18901


Dept. of Educations/NELN
Attn: Bankruptcy Dept.
121 S 13th Street
Lincoln, NE 68508


Diamondhead Urgent Care, LLC
Attn: Bankruptcy Dept.
4402 E Aloha Dr., Suite 16
Diamondhead, MS 39525


Discount Cash Advance
Attn: Bankruptcy Dept.
6229 Hwy 305
Olive Branch, MS 38654


Dr. Joe Braddy & Simmons
Attn: Bankruptcy Dept.
8747 Northwest Drive
Southaven, MS 38671


Duckworth Pathology Group
Attn Bankruptcy Dept.
POB 1000
Dept. 0256
Memphis, TN 38148


EZ Cash
Attn: Bankruptcy Dept.
7107 Hacks Cross Rd
Olive Branch, MS 38654

Family Check Advance
Attn: Bankruptcy Dept.
7010 Hwy 305 N
Olive Branch, MS 38654


FingerHut
Attn: Bankruptcy Dept.
PO Box 166
Newark, NJ 07101


First Heritage Credit
Attn: Bankruptcy Dept.
7139 Hacks Cross Road
Olive Branch, MS 38654


First Premier Bank
Attn Bankruptcy Dept.
POB 5519
Sioux Falls, SD 57117-5519


First Premier Bank
Attn Bankruptcy Dept.
601 S. Minnesota Ave.
Sioux Falls, SD 57104


Frost-Arnett Company
Attn. Bankruptcy Dept.
PO Box 1022
Wixom, MI 48393


GE Money Bank
Attn: Bankruptcy Dept.
PO Box 981439
El Paso, TX 79998


GECRB/ Paypal Smart Con
Attn: Bankruptcy Dept.
PO Box 965005
Orlando, FL 32896


GECRB/Belk
Attn: Bankruptcy Dept.
PO Box 965028
Orlando, FL 32896

GECRB/Care Credit
Attn: Bankruptcy Dept
950 Forrer Blvd
Dayton, OH 45420


GECRB/Chevron
Attn: Bankruptcy Dept.
PO Box 965015
Orlando, FL 32896


GECRB/JC Penny
Attn: Bankruptcy Dept.
PO Box 894100
El Paso, TX 79998


GECRB/Wal Mart
Attn: Bankruptcy Dept.
PO Box 965024
Orlando, FL 32896


GECRD/Old Navy
Attn: Bankruptcy Dept.
PO Box 965005
Orlando, FL 32896


GEMB
Attn Bankruptcy Dept.
POB 981400
El Paso, TX 79998


Home at Five
Attn: Bankruptcy Dept.
1112 7th Avenue
Monroe, WI 53566


Household Bank
Attn: Bankruptcy Dept.
PO Box 80084
Salinas, CA 93912


HSN Collection Dept.
Attn: Bankruptcy Dept.
PO Box 9090
Clearwater, FL 33758

Kohls/Capital One
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Medical Fin. Services
Attn: Bankruptcy Dept.
5100 Poplar Ave
Suite 2020
Memphis, TN 38137


Memphis Radiological P.C.
Attn Bankruptcy Dept.
POB 341327
Memphis, TN 38184-1327


Methodist Healthcare
Attn Bankruptcy Dept.
POB 2279
Memphis, TN 38101-2279


Mobile Loans
Attn: Bankruptcy Dept.
PO Box 1409
Marksville, LA 71351


MS Home Corp
Attn: Bankruptcy Dept.
P. O. Box 23606
Jackson, MS 39225-3606


Olive Branch Florist
Attn: Bankruptcy Dept.
9120 Pigeon Roost Rd
Olive Branch, MS 38654


Plain Green Loans
Attn: Bankruptcy Dept.
PO Box 270
Box Elder, MT 59521


PPS
Attn: Bankruptcy Dept.
PO Box 612
Milwaukee, WI 53201

Professional Credit Management
Attn: Bankruptcy Dept.
PO Box 4037
Jonesboro, AR 72403


RRC
Attn: Bankruptcy Dept.
PO Box 341308
Memphis, TN 38184


SE Emergency Physicians
Attn: Bankruptcy Dept.
PO Box 740023
Cincinnati, OH 45274


State of MS District Attorney
Attn: Bankruptcy Dept.
365 Losher Street
Suite 210
Hernando, MS 38632


TD Bank USA/Target
Attn Bankruptcy Dept
PO Box 673
Minneapolis, MN 55440


The Urology Group
Attn: Bankruptcy Dept.
6029 Walnut Grove Rd., Suite 300
Memphis, TN 38120


Tri-Lakes Medical Center
Attn: Bankruptcy Dept.
PO Box 741666
Atlanta, GA 30374


Value City Rooms Today/WFNNB
Attn: Bankruptcy Dept.
PO Box 182789
Columbus, OH 43218


WebBank/ Fingerhut
Attn Bankruptcy Dept.
6250 Ridgewood Rd
Saint Cloud, MN 56303

Jenkins, Renea Angela - 13-15204

Zales
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117